Bruce C. COBB

v.

Norman M. ROSS, Jr. and Custom Woodcraft, Inc., Norman M. Ross, Jr., Appellant.

No. 15237.

United States Court of Appeals Third Circuit.

Argued Nov. 16, 1965.

Decided Dec. 3, 1965.

George H. T. Dudley, Charlotte Amalie, St. Thomas, Virgin Islands, for appellant.

Thomas D. Ireland, Charlotte Amalie, St. Thomas, Virgin Islands (Maas & Iireland, St. Thomas, Virgin Islands, on the brief), for appellee.

Before KALODNER, Chief Judge, and McLAUGHLIN and SMITH, Circuit Judges.

PER CURIAM:

On review of the record we find no error. The Judgment of the District Court will be affirmed.

William N. GURTMAN and Ida Gurtman, His Wife, Appellants,

v.

UNITED STATES of America.

No. 15355.

United States Court of Appeals Third Circuit.

Argued Nov. 29, 1965.

Decided Dec. 7, 1965.

Aaron Z. Schomer, Passaic, N. J., for appellants.

Morton K. Rothschild, Dept. of Justice, Tax Division, Washington, D. C. (John B. Jones, Jr., Acting Asst. Atty. Gen., David O. Walter, Atty., Dept. of Justice, Washington, D. C., David M. Satz, Jr., U. S. Atty., on the brief), for appellee.

Before HASTIE, GANEY, and FREEDMAN, Circuit Judges.

PER CURIAM:

This appeal has been taken from a district court judgment for the government in a suit by taxpayers to recover an alleged overpayment of income tax. The decision below was based upon essentially factual findings that certain informal withdrawals of money from a corporation by its sole stockholder were not loans and had been properly taxed as dividends.

There is no dispute about the legal concept of loan. And we are satisfied that the circumstances and conduct tending to indicate the absence of obligation to repay the sums withdrawn were sufficient in this case to justify the conclusion reached by the trial court.

The judgment will be affirmed.